ORDER:
Motion granted.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

*E. Clifton Knowles*
U.S. Magistrate Judge

| | |
|---|---|
| LAYLA D. WILLIAMS, | ] |
| Plaintiff, | ] Civil Docket No. **2:13-cv-00108** |
| | ] Judge Nixon |
| vs. | ] Magistrate Judge Knowles |
| | ] |
| CAROLYN W. COLVIN, ACTING | ] |
| COMMISSIONER OF SOCIAL SECURITY, | ] |
| | ] |
| Defendant. | ] |

## MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF

Pursuant to this Court's Order, dated **February 11, 2014**, Plaintiff seeks this Court's permission to file a reply brief. The cause shown is that Defendant has raised certain legal issues that require Plaintiff to address.

**WHEREFORE**, Plaintiff moves that this leave of Court to file reply brief be granted.

Respectfully submitted:

s/ JOHN WAYNE ALLEN
John Wayne Allen, BPR # 19045
*Attorney for Plaintiff*
441 E. Broad Street, Suite I
Cookeville, Tennessee 38501-3390
TEL: 931-260-3588 EMAIL: jwa@myssclaim.com

## CERTIFICATE OF SERVICE

I certify that I have delivered an exact copy of this above written document via the Electronic Filing System to Filing User delk.kennedy@usdoj.gov to insure delivery of same on this the **21st day of April 2014** addressed to: S. DELK KENNEDY, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

s/ JOHN WAYNE ALLEN
John Wayne Allen
Attorney for Plaintiff