UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAYLA D. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2:13-cv-0108 |
| v. ) | Judge Sharp |
| ) | |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 22), recommending that Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 15), be granted, and that this action be remanded. No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 22) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 15) is GRANTED and the decision of the Commissioner is REMANDED;

(3) Plaintiff's Motion to Remand to Social Security Administration (Docket No. 23) is DENIED as MOOT.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE